IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

RICK F. ELLIS,                              :
                                            :
          Petitioner                        :
                                            :
                                            :
     VS.                                    :        **1 : 05-CV-6 (WLS)**
                                            :
TRACY STEPHENS, Probation Officer,          :
Georgia Department of Corrections,          :
                                            :
                                            :
          Respondent.                       :
_____

**ORDER**

Presently pending in this § 2254 action is the petitioner's "Motion to be Permitted to Pay Restitution Monies into the Registry of this Court".  In light of the lack of legal basis or justification for the relief requested therein, and in light of the undersigned's earlier recommendation that respondent's Motion to Dismiss this petition as untimely filed be granted, petitioner's "motion" is hereby **DENIED**.


**SO ORDERED**, this 8th day of June, 2005.



                                        /s/ **Richard L. Hodge**_____
                                        RICHARD L. HODGE
                                        UNITED STATES MAGISTRATE JUDGE